UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
12-12-07
DEC 1 2 2007    NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) ) |
| ALFONSO MORENO | ) ) ) |

MAGISTRATE JUDGE COX
CASE NUMBER: 07CR 827

## AFFIDAVIT IN REMOVAL PROCEEDINGS

The undersigned Affiant personally appeared before <u>SUSAN E. COX</u>, a United States Magistrate Judge, and being duly sworn on oath, states: that at the <u>SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION</u>, one <u>ALFONSO MORENO</u>, was charged in an indictment with <u>knowingly and intentionally possessing a controlled substance, marihuana, a Schedule I controlled substance</u>, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest and Indictment).

Wherefore, Affiant prays that the defendant be dealt with according to law.

Hemal Patel
Agent, U.S. Marshal's Service

Subscribed and Sworn to before me this
12th Day of December, 2007

SUSAN E. COX
United States Magistrate Judge

AUSA Bethany K. Biesenthal

Bond set [or recommended] by issuing Court at _____

F&# 1359722

AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__SOUTHERN__   District of   __TEXAS__

UNITED STATES OF AMERICA

v.

**Alfonso Moreno**

**WARRANT FOR ARREST**

Case   CR C-07-463

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __Alfonso Moreno__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with   (brief description of offense)

See copy of Indictment.

in violation of   __21__   United States Code, Section(s)   __844(a)__

__MICHAEL N. MILBY__
Name of Issuing Officer

_signature_
Signature of Issuing Officer. BY: Kendra Bridges, Deputy Clerk

__CLERK__
Title of Issuing Officer

__September 13, 2007-Corpus Christi, Texas__
Date and Location

Bail fixed at $ __NO BOND__   by   __Brian L. Owsley, U.S. Magistrate Judge__
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

SEP 1 2 2007

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § § § § | CRIMINAL NUMBER |
| ALFONSO MORENO | § | C-07-463 |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about February 18, 2007, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ALFONSO MORENO,

did knowingly and intentionally possess a controlled substance, that is, marihuana, a Schedule I controlled substance. The defendant has two or more prior convictions for drug offenses chargeable under the law of the State of Texas. On July 29, 2002, in Williamson County, Georgetown, Texas, the defendant was convicted of possession of marihuana in Cause No. 01-505-K277. On January 5, 1999, in Hidalgo County, Edinburg, Texas, the defendant was convicted of possession of marihuana in Cause No. 147294A97.

In violation of Title 21, United States Code, Section 844(a).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

DONALD J. DeGABRIELLE, JR.
UNITED STATES ATTORNEY

By: _____
JULIE K. HAMPTON
Assistant United States Attorney