## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 827 | **DATE** | December 12, 2007 |
| **CASE TITLE** | USA vs. ALFONSO MORENO | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 12/12/2007. Defendant informed of rights. Enter order appointing Daniel Hesler as counsel for defendant for initial appearance only. Removal proceedings held. Defendant waives identity hearing. The Court finds that the defendant is the person named in the arrest warrant. Detention hearing is set for December 14, 2007 at 9:30 am.

00:30

| | Courtroom Deputy Initials: | JS |
|---|---|---|