## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 827 | **DATE** | December 14, 2007 |
| **CASE TITLE** | USA vs. ALFONSO MORENO | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Order defendant removed to the U.S. District Court Texas. Order defendant removed in custody to the U.S. District Court for the Southern District of Texas, Corpus Christi Division forthwith.

00:30

| | Courtroom Deputy Initials: | JS |
|---|---|---|