

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ALFONSO MORENO ) | No. 07 CR 827<br>Magistrate Judge Susan E. Cox |

### ORDER OF DETENTION FOR REMOVAL

THIS CAUSE coming to be heard upon the government's motion to detain the defendant for his removal to the Southern District of Texas, Corpus Christi Division, pursuant to 18 U.S.C. § 3142(f)(2)(A), because he presents a risk of flight, and this Court having reviewed and considered the evidence presented, as well as having heard argument on this matter, the Court hereby finds:

1. Defendant has been charged in the Southern District of Texas, Corpus Christi Division, in a one count indictment alleging that he knowingly and intentionally possessed a controlled substance, marihuana, a Schedule I controlled substance.

2. After a hearing and argument on this matter, the Court finds that the statutory factors enumerated in 18 U.S.C. § 3142(g) favor the removal of the defendant in custody:

(a) At the time of the indictment, the defendant was out on bond from Hidalgo County, Texas, for evading arrest/detention with vehicle.

(b) Defendant provided conflicting and unverified background information to Pretrial services. Defendant was unable to provide an address at which he resides in the Northern District of Illinois.

(c) Defendant is currently unemployed and has insufficient assets to post or secure any bond.

(d) No family member or other individual was present at the defendant's detention hearing in order to be appointed as a third party custodian.

(e) As to the character of the defendant, the Court notes of the criminal history and has admitted that he used marijuana frequently as set forth in the report prepared by Pretrial services.

(f) The Pre-Trial Services officer has recommended that he be detained pending removal to the Southern District of Texas.

3. Based upon the aforementioned factors, the Court finds by a preponderance of the evidence that the defendant poses a risk of flight.

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3142(e), that defendant Alfonso Moreno be removed forthwith in custody to the Southern District of Texas, Corpus Christi Division.

IT IS FURTHER ORDERED that defendant shall be afforded reasonable opportunity for private consultation with counsel and that, the extent practicable, the defendant shall be kept separate from persons awaiting or serving sentences or being held in custody pending appeal.

ENTER:

SUSAN E. COX
United States Magistrate Judge

Dated: December 17, 2007