# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 Cr 827 | **DATE** | 12/17/2007 |
| **CASE TITLE** | 07cr827 USA vs. ALFONSO MORENO | | |

**DOCKET ENTRY TEXT**

Enter Order of detention and removal.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|