CH

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 12/21/07 |
| 1. Article Addressed to:<br><br>United States Courthouse<br>1133 N. Shoreline Blvd.<br>Corpus Christi, TX 78401 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>☐ Express Mail<br>☐ Return Receipt for Merchandise<br>☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7312 4789 |
| PS Form 3811, February 2004 | Domestic Return Receipt   07 CR 827   102595-02-M-1540 |

07CR827

FILED
DEC 27 2007 PH
Dec-27-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT